IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEI FRAZIER,

      Plaintiff,                      No. CIV S-03-2224 LKK KJM P

   vs.

S. MURRAY, et al.,

      Defendants.               ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.

      Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within ten days, whether they have any objection to the dismissal of this action. Should defendants fail to respond, plaintiff's May 20, 2005 request will be granted under Fed. R. Civ. P. 41(a)(2).

DATED: May 25, 2005.

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

/kf
fraz2224.59a