IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEI FRAZIER,

        Plaintiff,                  No. CIV S-03-2224 LKK KJM P

   vs.

S. MURRAY, et al.,

        Defendants.         <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On January 19, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On March 17, 2005, plaintiff was granted a five day extension of time. Neither party has filed objections to the findings and recommendations.

       On May 20, 2005, plaintiff filed a request to dismiss his case voluntarily. Defendants have objected.

/////

1  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's May 20, 2005 request for voluntary dismissal is denied;

    2  The findings and recommendations filed January 19, 2005, are adopted in full;

    3  Defendants' motion to dismiss plaintiff's claim of cruel and unusual punishment for failure to state a claim is granted with prejudice; and

    4. Defendants' motion to dismiss plaintiff's retaliation claim for failure to exhaust all available administrative remedies is granted without prejudice.

DATED:  July 22, 2005.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/fraz2224.801